## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


**GABRIEL PAUL MASCIOLI,**

        **Petitioner,**

**v.**                             **Civil Action No.  1:07cv44**
                                         **Criminal Action No. 1:05cr67(1)**
                                       **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

        **Respondent.**


## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the respondent's unopposed Motion for an Extension of Time to File

Response (dckt. 79) is **GRANTED to the extent** that the response filed on May 30, 2007, is deemed

timely.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: July 3, 2007.


/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE